Henry V. Adams and Betty M. Betts Adams, doing business as Foundry Supplies Manufacturing Company, Appellees and Cross-Appellants, v. Matthew Kassnel, doing business as Red Devil Manufacturing Company, Appellant and Cross-Appellee.

Gen. No. 47,156.

First District, Second Division.

March 11, 1958.

Released for publication April 10, 1958.

 Harold P. Shane, for appellant; Johnson and Wiles (Herman Barrington, of counsel) for plaintiffs-appellees and cross-appellants. Opinion by JUSTICE MURPHY. Not to be published in full.